# FILED UNDER SEAL

**United States District Court**
**District of Nevada**

FILED
2018 OCT 31 PM 1:58
U.S. MAGISTRATE JUDGE
BY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>VS.<br><br>JOSEPH RYAN WARWICK JR.,<br><br>    DEFENDANT. | Case No. 2:18-mj-00893-NJK<br><br>**ORDER TO SEAL** |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 31st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

3