# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

JOSEPH RYAN WARWICK JR.,

    DEFENDANT.

Case No. 2:18-mj-00893-NJK

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED: November 5, 2018.

_____
UNITED STATES MAGISTRATE JUDGE